IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cindy Rinehart,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　　　Defendant. | No. CV-23-00035-TUC-JAS<br><br>**ORDER** |

　　　　Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Markovich that recommends reversing and remanding the Commissioner's decision for further consideration. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence. The Court has reviewed the record, including Plaintiff's complaint (Doc. 1), the administrative record (Doc. 16), Plaintiff's opening brief (Doc. 19), Defendant's answering brief (Doc. 23), and Plaintiff's reply brief (Doc. 24).

　　　　The Court concludes that Magistrate Judge Markovich's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

　　　　///

　　　　///

Accordingly, **IT IS HEREBY ORDERED** as follows:

(1) Magistrate Judge Markovich's Report and Recommendation (Doc. 25) is accepted and adopted.

(2) The commissioner's decision is **reversed** and this case is **remanded** to the commissioner for further consideration.

Dated this 29th day of March, 2024.

Honorable James A. Soto
United States District Judge